IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:25-cv-426

GEORGE LEVETTE,

              Plaintiff,

vs.

CARDINAL HEALTH 110, LLC,

              Defendant.

**NOTICE OF REMOVAL**

Defendant Cardinal Health 110, LLC ("Defendant") hereby files this Notice of Removal to remove the captioned action from the General Court of Justice, Superior Court Division for Guilford, North Carolina, Case No. 25CV008607-400, to the United States District Court for the Middle District of North Carolina pursuant to 28 U.S.C. §§ 1332 and 1441. This action is being removed to Federal Court based on diversity jurisdiction.

In support of this Notice of Removal, Defendant respectfully shows as follows:

1.      This action is being removed to Federal Court based on diversity jurisdiction pursuant to 28 U.S.C. § 1332.

2.      On April 17, 2025, Plaintiff filed a civil action against Defendants in the General Court of Justice, Civil Superior Court Division for Guilford County, North Carolina ("the Superior Court"), styled *George Levette v. Cardinal Health 110, LLC,* Case No. 25CV008607-400 ("State Action").

3.      On April 21, 2025, a Civil Summons was issued as to the Defendant to be served with the Complaint.

1

4.      Defendant was served with the State Action Summons and Complaint on April 28, 2025.

5.      True and accurate copies of the State Action Complaint and Summons are attached hereto as **Exhibits A and B**, respectively, pursuant to 28 U.S.C. § 1446(a) and are incorporated by reference.

6.      No further proceedings have occurred in the State Action. Defendant has not served any answer or other responsive pleading to the Summons and Complaint, nor has Defendant made any appearance, argument, or request for relief before the Superior Court.

7.      This Notice of Removal is timely filed within thirty (30) days of Defendant's receipt of the Summons and Complaint, pursuant to 28 U.S.C. § 1446(b) and Rule 6(a) of the Federal Rules of Civil Procedure.

8.      Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over this action based on diversity jurisdiction.

9.      Plaintiff is a resident and a citizen of Guilford County, North Carolina, and a former employee of Defendant Cardinal Health 110, LLC.

10.     Defendant Cardinal Health 110, LLC is a foreign limited liability company that was incorporated under the laws of the state of Delaware and has its principal place of business in the state of Ohio. A true and exact copy of Delaware's Secretary of State's Business Entity Summary for Cardinal Health 110, LLC is attached hereto as **Exhibit C**.

11.     As demonstrated above, the parties to this lawsuit are clearly diverse.

12.     The State Court Action is a civil lawsuit alleging wrongful discharge (Compl. ¶¶ 26-31) and a violation of North Carolina's Retaliatory Employment Discrimination Act ("NC REDA") (*Id.* at ¶¶ 32-40).

2

13.     Defendant has the burden of showing that removal is in accordance with diversity jurisdiction requirements (i.e., that the $75,000.01 threshold is met). *Griffin v. Holmes*, 843 F. Supp. 81, 84 (E.D.N.C. 1993).   In considering the propriety of a removal, the district court generally must determine the amount in controversy from the express allegations in and the reasonable inferences drawn from Plaintiff's Complaint. *Griffin v. Ford Consumer Fin. Co.*, 812 F. Supp. 614, 616 (W.D.N.C. 1993).

14.     Plaintiff does not specifically identify the amount of damages he alleges, only that it is in excess of $25,000.00 (*See id.* at ¶¶ 124, 136, 141; Prayer for Relief ¶¶ 1-4). Plaintiff has alleged that he is seeking lost wages, loss of earning capacity, and other damages to be proven at trial.  (*See id.* At ¶¶ 29 and 39).   In his Prayer for Relief, Plaintiff seeks benefits and other compensation, reasonable attorneys' fees as provided in N.C. Gen. Stat., § 95-25.22, punitive damages, legal interest, and costs.   Based on these allegations, the reasonable inference is that the amount in controversy exceeds $75,000.00.

15.     Accordingly, Defendant contends that the aforesaid State Action may be removed to federal court based on diversity jurisdiction pursuant to 28 U.S.C. § 1331 and 1441(a).

16.     The United States District Court for the Middle District of North Carolina embraces the district in which the aforementioned State Action is now pending (Guilford County).

17.     Defendant therefore files this Notice of Removal of the State Action from the District Court in which it is now pending to the United States District Court for the Middle District of North Carolina.

18.     As required by 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being served on Plaintiff, by and through his counsel, and Defendant is promptly

3

causing a copy of this Notice of Removal to be filed with the Clerk of Court for Guilford County, North Carolina, as shown by the Notice attached hereto as **Exhibit D**.

19.     Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has claims upon which relief can be granted.

**WHEREFORE**, Defendant prays that this action be removed from the Superior Court of Guilford County, North Carolina, to the United States District Court for the Middle District of North Carolina.

Respectfully submitted, this the 28th day of May, 2025.

**JACKSON LEWIS P.C**.

BY:  /s/ *Ann H. Smith*
ANN H. SMITH
N.C. State Bar No. 23090
DENAA J. GRIFFIN
N.C. State Bar No. 46067
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.smith@jacksonlewis.com
Email: Denaa.Griffin@jacksonlewis.com
*Attorneys for Defendant*

4

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:25-cv-426

GEORGE LEVETTE,

        Plaintiff,

vs.                                                    **CERTIFICATE OF SERVICE**

CARDINAL HEALTH 110, LLC,

        Defendant.

The undersigned certifies that on May 28, 2025, a copy of the foregoing *Notice of Removal* was electronically filed with the Clerk of the Court using the Court's CM/ECF electronic service system, and a copy was served on all parties to this action by first-class mail, and a courtesy copy sent via email, addressed as follows:

Joseph D. Budd
Jordan Tenley
Osborn Gambale Beckley & Budd PLLC
1100 Wake Forest Road, Ste. 205
Raleigh, NC 27604
joe@counselcarolina.com
jordan@counselcarolina.com
*Attorney for Plaintiff*

5

**JACKSON LEWIS P.C**.

BY: <u>/s/ *Ann H. Smith*</u>
ANN H. SMITH
N.C. State Bar No. 23090
DENAA J. GRIFFIN
N.C. State Bar No. 46067
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.smith@jacksonlewis.com
Email: Denaa.Griffin@jacksonlewis.com
*Attorneys for Defendant*