# EXHIBIT D

| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| --- | --- |
| | SUPERIOR COURT DIVISION |
| COUNTY OF GUILFORD | File No.: 25CV008607-400 |

| GEORGE LEVETTE, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF FILING REMOVAL** |
| | ) | **TO FEDERAL COURT** |
| CARDINAL HEALTH 110, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

TO: Joseph D. Budd
Jordan Tenley
Osborn Gambale Beckley & Budd PLLC
1100 Wake Forest Road, Ste. 205
Raleigh, NC 27604
joe@counselcarolina.com
jordan@counselcarolina.com
*Attorney for Plaintiff*

Defendant Cardinal Health 110, LLC ("Defendant") hereby gives notice that this matter has been removed to the United States District Court for the Middle District of North Carolina ("M.D.N.C.") pursuant to 28 U.S.C. §§ 1332 and 1441. Defendant's Notice of Removal of this action to that Court is based upon diversity jurisdiction.

A copy of the M.D.N.C. Notice of Removal is hereby filed with the Guilford County Clerk of Court in accordance with the provisions of 28 U.S.C. 1446(d) and is attached hereto as "**Exhibit 1**." A copy of the M.D.N.C. Notice of Removal has also been served upon Plaintiff, by and through his counsel, in this matter by first-class mail and via email.

Respectfully submitted, this the 28th day of May, 2025.

**JACKSON LEWIS P.C**.

BY: /s/ *Ann H. Smith*
ANN H. SMITH
N.C. State Bar No. 23090
DENAA J. GRIFFIN
N.C. State Bar No. 46067
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.smith@jacksonlewis.com
Email: Denaa.Griffin@jacksonlewis.com
*Attorneys for Defendant*

| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
|---|---|
| | SUPERIOR COURT DIVISION |
| COUNTY OF GUILFORD | File No.: 25CV008607-400 |

| | | |
|---|---|---|
| GEORGE LEVETTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| CARDINAL HEALTH 110, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned certifies that on May 28, 2025, the foregoing *Notice of Filing Removal to Federal Court* was served on all parties via first-class mail and a courtesy sent via email, addressed as follows:

> Joseph D. Budd
> Jordan Tenley
> Osborn Gambale Beckley & Budd PLLC
> 1100 Wake Forest Road, Ste. 205
> Raleigh, NC 27604
> joe@counselcarolina.com
> jordan@counselcarolina.com
> *Attorney for Plaintiff*

This the 28th day of May, 2025.

        **JACKSON LEWIS P.C**.

BY:  /s/ *Ann H. Smith*
     ANN H. SMITH
     N.C. State Bar No. 23090
     DENAA J. GRIFFIN
     N.C. State Bar No. 46067
     3737 Glenwood Avenue, Suite 450
     Raleigh, NC 27612
     Telephone: (919) 760-6460
     Facsimile: (919) 760-6461
     Email: Ann.smith@jacksonlewis.com
     Email: Denaa.Griffin@jacksonlewis.com
    *Attorneys for Defendant*