# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| GEORGE LEVETTE, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-426 |
| CARDINAL HEALTH 110, LLC, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Cardinal Health 110, LLC .

Date: 05/28/2025

/s/ Ann H. Smith
*Attorney's signature*

Ann H. Smith, N.C. State Bar No. 23090
*Printed name and bar number*

Jackson Lewis P.C.
3737 Glenwood Ave., Ste. 450
Raleigh, NC 27612
*Address*

ann.smith@jacksonlewis.com
*E-mail address*

(919) 760-6465
*Telephone number*

(919) 760-6461
*FAX number*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:25-cv-426

| | |
|---|---|
| GEORGE LEVETTE,<br><br>       Plaintiff,<br>vs.<br><br>CARDINAL HEALTH 110, LLC,<br><br>       Defendant. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on May 28, 2025, a copy of the foregoing *Notice of Appearance of Ann H. Smith* was electronically filed with the Clerk of the Court using the Court's CM/ECF electronic service system, and a copy was served on all parties to this action by first-class mail, and a courtesy copy sent via email, addressed as follows:

Joseph D. Budd
Jordan Tenley
Osborn Gambale Beckley & Budd PLLC
1100 Wake Forest Road, Ste. 205
Raleigh, NC 27604
joe@counselcarolina.com
jordan@counselcarolina.com
*Attorney for Plaintiff*

JACKSON LEWIS P.C.

BY:  /s/ *Ann H. Smith*
ANN H. SMITH
N.C. State Bar No. 23090
DENAA J. GRIFFIN
N.C. State Bar No. 46067
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.smith@jacksonlewis.com
Email: Denaa.Griffin@jacksonlewis.com
*Attorneys for Defendant*