# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| GEORGE LEVETTE, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-426 |
| CARDINAL HEALTH 110, LLC, ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Cardinal Health 110, LLC.

Date: 05/28/2025

/s/ Denaa J. Griffin
*Attorney's signature*

Denaa J. Griffin, N.C. State Bar No. 46067
*Printed name and bar number*

Jackson Lewis P.C.
3737 Glenwood Ave., Ste. 450
Raleigh, NC 27612
*Address*

denaa.griffin@jacksonlewis.com
*E-mail address*

(919) 760-6483
*Telephone number*

(919) 760-6461
*FAX number*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:25-cv-426

| | |
|---|---|
| GEORGE LEVETTE,<br><br>        Plaintiff,<br>vs.<br><br>CARDINAL HEALTH 110, LLC,<br><br>        Defendant. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on May 28, 2025, a copy of the foregoing *Notice of Appearance of Denaa J. Griffin* was electronically filed with the Clerk of the Court using the Court's CM/ECF electronic service system, and a copy was served on all parties to this action by first-class mail, and a courtesy copy sent via email, addressed as follows:

Joseph D. Budd
Jordan Tenley
Osborn Gambale Beckley & Budd PLLC
1100 Wake Forest Road, Ste. 205
Raleigh, NC 27604
joe@counselcarolina.com
jordan@counselcarolina.com
*Attorney for Plaintiff*

**JACKSON LEWIS P.C**.

 BY:   /s/ *Denaa J. Griffin*
       ANN H. SMITH
       N.C. State Bar No. 23090
       DENAA J. GRIFFIN
       N.C. State Bar No. 46067
       3737 Glenwood Avenue, Suite 450
       Raleigh, NC 27612
       Telephone: (919) 760-6460
       Facsimile: (919) 760-6461
       Email: Ann.smith@jacksonlewis.com
       Email: Denaa.Griffin@jacksonlewis.com
       *Attorneys for Defendant*