# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

GEORGE LEVETTE,           )
                          )
    Plaintiff(s),     )
                          )    **Case No.:** 1:25-cv-426
v.                        )
                          )
CARDINAL HEALTH 110, LLC, )
                          )
    Defendant(s).     )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Cardinal Health 110, LLC        who is  Defendant,
(Name of Party)                         (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity?

    ( ) Yes           (✔) No

2.  Does party have any parent entities?

    (✔) Yes           ( ) No

    If yes, identify all parent entities including grandparent, great-grandparent, etc.: _____
    Cardinal Health 110, LLC is a wholly owned subsidiary of Cardinal Health Inc., which is a publicly traded company.

3. Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

   ( ) Yes   (✔) No

   If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____
   _____
   _____

4. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

   (✔) Yes   ( ) No

   If yes, identify all such owners: Cardinal Health Inc.
   _____
   _____

5. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes   (✔) No

   If yes, identify entity and nature of interest: _____
   _____
   _____

6. In all cases, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of Cardinal Health 110, LLC and, in diversity cases, their states of citizenship:
   (name of LLC or LP party)

   | Cardinal Health Inc. | Ohio |
   | (name of member or partner) | (state of citizenship) |
   | _____ | _____ |
   | (name of member or partner) | (state of citizenship) |
   | _____ | _____ |
   | (name of member or partner) | (state of citizenship) |
   | _____ | _____ |
   | (name of member or partner) | (state of citizenship) |

2

Note: If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page. If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

| /s/ Ann H. Smith | 5/28/2025 |
|---|---|
| (Signature) | (Date) |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:25-cv-426

| | |
|---|---|
| GEORGE LEVETTE,<br><br>       Plaintiff,<br>vs.<br><br>CARDINAL HEALTH 110, LLC,<br><br>       Defendant. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on May 28, 2025, a copy of the foregoing *Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation* was electronically filed with the Clerk of the Court using the Court's CM/ECF electronic service system, and a copy was served on all parties to this action by first-class mail, and a courtesy copy sent via email, addressed as follows:

Joseph D. Budd
Jordan Tenley
Osborn Gambale Beckley & Budd PLLC
1100 Wake Forest Road, Ste. 205
Raleigh, NC 27604
joe@counselcarolina.com
jordan@counselcarolina.com
*Attorney for Plaintiff*

JACKSON LEWIS P.C.

BY: /s/ *Ann H. Smith*
ANN H. SMITH
N.C. State Bar No. 23090
DENAA J. GRIFFIN
N.C. State Bar No. 46067
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.smith@jacksonlewis.com
Email: Denaa.Griffin@jacksonlewis.com
*Attorneys for Defendant*