IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:25-cv-426

| | |
|---|---|
| GEORGE LEVETTE,<br><br>        Plaintiff,<br>vs.<br><br>CARDINAL HEALTH 110, LLC,<br><br>        Defendant. | **PROPOSED ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO MOVE, SERVE AN ANSWER, OR OTHERWISE PLEAD** |

**THIS MATTER** having come before the Clerk of the Court on Defendant Cardinal Health 110, LLC's ("Defendant") motion for an order extending the time allowed to move, serve an answer, or otherwise plead to Plaintiff's Complaint [DE # 1-2], by thirty (30) days, up to and including July 5, 2025, pursuant to Rules 6(b) and 81(c) of the Federal Rules of Civil Procedure and Local Rules 6.1(a) and 77.2; and

It appearing to this Court that the time allowed for Defendant to move, serve an Answer, or otherwise plead has not expired; that Plaintiff, by and through his counsel, was consulted and consents to the thirty-day (30) extension of time, up to and including July 5, 2025; that good cause exists for the granting of this motion; and that said motion should be allowed;

**IT IS NOW THEREFORE ORDERED** that Cardinal Health 110, LLC's motion for extension of time to move, serve an answer, or otherwise plead shall be and the same is hereby GRANTED; and Defendant shall have up to and including July 5, 2025, to move, serve an answer, or otherwise plead to Plaintiff's Complaint.

        **IT IS SO ORDERED.**

This the _____ day of _____, 2025.

_____
CLERK OF THE COURT
UNITED STATES DISTRICT COURT