IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:25-cv-426-TDS-JLW

| | |
|---|---|
| GEORGE LEVETTE,<br><br>    Plaintiff,<br>vs.<br><br>CARDINAL HEALTH 110, LLC,<br><br>    Defendant. | **DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO MOVE, SERVE AN ANSWER, OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT** |

**NOW COMES** Defendant Cardinal Health 110, LLC ("Defendant"), by and through its undersigned counsel and pursuant to Rules 6(b) and 15(a)(3) of the Federal Rules of Civil Procedure, and Local Civil Rules 6.1(a), and 77.2, and hereby moves this Court for a thirty-day (30) extension of time allowed to move, serve an Answer, or otherwise plead to Plaintiff's Amended Complaint, up to and including July 28, 2025. In support of this motion, Defendant states as follows:

    1.    On May 28, 2025, Defendant filed its Consent Motion for Extension of Time to Move, Serve an Answer, or Otherwise Plead [Doc. 5].

    2.    On May 30, 2025, the Court entered a Text Order granting Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint, up to and including July 5, 2025.

    3.    On June 14, 2025, Plaintiff filed an Amended Complaint [Doc. 9].

4. Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, Defendant's Answer or other responsive pleading is due to be served no later than June 28, 2025; thus, the time has not yet expired for Defendant to move, serve an Answer, or otherwise plead to Plaintiff's Complaint.

5. There is information which needs to be reviewed before the undersigned will be in a position to adequately prepare and serve responsive pleadings. Therefore, Defendant requests an additional thirty (30) days within which to move, serve an Answer, or otherwise plead to Plaintiff's Complaint, up to and including July 28, 2025.

6. On June 25, 2025, counsel for Defendant sent Plaintiff's counsel an e-mail seeking Plaintiff's consent to a 30-day extension of time to move, serve an answer, or otherwise plead to plaintiff's amended complaint.

7. On June 25, 2025, Plaintiff's counsel indicated via email that Plaintiff consents to this motion.

8. Defendant files this motion without waiving any defenses to the claims asserted by Plaintiff, whether substantive, procedural or otherwise, or conceding that Plaintiff has alleged claims upon which relief may be granted. Defendant specifically reserves all its defenses pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

9. This motion is not being made for the purpose of delay but is made based upon the need for time to prepare a response.

Defendant respectfully requests that its motion for an extension of time to move, serve an answer, or otherwise plead be granted, and that Defendant be allowed up to and

including July 28, 2025, to move, serve an Answer, or otherwise plead to Plaintiff's Amended Complaint.

Respectfully submitted, this the 26th day of June, 2025.

> BY: /s/ *Ann H. Smith*
> ANN H. SMITH
> N.C. State Bar No. 23090
> DENAA J. GRIFFIN
> N.C. State Bar No. 46067
> 3737 Glenwood Avenue, Suite 450
> Raleigh, NC 27612
> Telephone: (919) 760-6460
> Facsimile: (919) 760-6461
> Email: Ann.Smith@jacksonlewis.com
> Email: Denaa.Griffin@jacksonlewis.com
> *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:25-cv-426-TDS-JLW

| | |
|---|---|
| GEORGE LEVETTE,<br><br>        Plaintiff,<br>vs.<br><br>CARDINAL HEALTH 110, LLC,<br><br>        Defendant. | **CERTIFICATE OF SERVICE** |

The undersigned counsel certifies that on June 26, 2025, the foregoing *Defendant's Consent Motion for Extension of Time to Move, Serve an Answer, or Otherwise Plead to Plaintiff's Amended Complaint* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system and served this day on Plaintiff's counsel via e-mail, addressed as follows:

Joseph D. Budd
Jordan Tenley
1100 Wake Forest Road, Suite 205
Raleigh, NC 27604
joe@counselcarolina.com
jordan@counselcarolina.com
*Attorneys for Plaintiff*

**JACKSON LEWIS P.C**.

BY: /s/ *Ann H. Smith*
ANN H. SMITH
N.C. State Bar No. 23090
DENAA J. GRIFFIN
N.C. State Bar No. 46067
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.Smith@jacksonlewis.com
Email: Denaa.Griffin@jacksonlewis.com
*Attorneys for Defendant*

4935-5082-3760, v. 1