# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: _____

| | |
|---|---|
| GEORGE LEVETTE,<br><br>    Plaintiff,<br>vs.<br><br>CARDINAL HEALTH 110, LLC,<br><br>    Defendant. | **STIPULATION AS TO<br>AMOUNT IN CONTROVERSY** |

Plaintiff George Levette ("Plaintiff") hereby stipulates as follows:

1. On April 17, 2025, Plaintiff filed his Complaint in this action in the General Court of Justice, Superior Court Division, Guilford County ("Guilford County Superior Court"). [DE# 1-2]

2. Plaintiff is a citizen of North Carolina, and Defendant is a limited liability company formed in the State of Delaware with its principal place of business in Dublin, Ohio.

3. To the extent the amount in controversy in this action exceeds $75,000.00 inclusive of attorney fees, Defendant is entitled to remove this case to the United States District Court for the Middle District of North Carolina, pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(a) and (b).

4. On May 28, 2024, Defendant timely removed this action to the United States District Court for the Middle District of North Carolina.

5. On June 14, 2025, Plaintiff filed an Amended Complaint. [DE # 9]

1

6. The Amended Complaint alleged two causes of action: (1) Wrongful Discharge; and (2) a violation of North Carolina's Retaliatory Employment Discrimination Act. *Id.*

7. In his Prayer for Relief, Plaintiff seeks "[j]udgment against the Defendant for all wages, benefits and other compensation to which he is entitled, in a sum in excess of $25,000 plus interest as allowed by law..." He also seeks "punitive damages with interest" and "reasonably attorneys' fees as provide by N.C. Gen. Stat. 95-25.22."[1] [*Id.* at pp. 4-5]

8. Plaintiff hereby stipulates that the total amount in controversy, should he be successful on his claims at the trial of this action, exceeds $75,000 in that he is seeking compensatory damages, punitive damages, attorneys' fees, costs, and other monetary relief of any kind whatsoever to which he is entitled.

This the 14th day of July 2025.

/s/ Joseph D. Budd
Joseph D. Budd
N.C. Bar No. 44263
Jordan Tenley
N.C. Bar No. 51787
COUNSEL CAROLINA
1100 Wake Forest Road, Ste. 205
Raleigh, NC 27604
joe@counselcarolina.com
jordan@counselcarolina.com
T: 919.373.6422
F: 919.578.3733
*Attorney for Plaintiff*

---

[1] The correct citation for the award of attorneys' fees for a violation of the North Carolina Retaliatory Employment Discrimination Act is N.C. Gen. Stat. § 95-243(c) and not N.C. Gen. Stat. § 95-25.22."