# EXHIBIT F

| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| COUNTY OF GUILFORD | File No.: 25CV008607-400 |

GEORGE LEVETTE, )
　　　　　　　　　　　　　　　　)
　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　)　　**NOTICE OF FILING AMENDED**
vs. )　　**NOTICE OF REMOVAL**
　　　　　　　　　　　　　　　　)　　**TO FEDERAL COURT**
CARDINAL HEALTH 110, LLC, )
　　　　　　　　　　　　　　　　)
　　　　　Defendant. )

TO:　　Joseph D. Budd
　　　　Jordan Tenley
　　　　Osborn Gambale Beckley & Budd PLLC
　　　　1100 Wake Forest Road, Ste. 205
　　　　Raleigh, NC 27604
　　　　joe@counselcarolina.com
　　　　jordan@counselcarolina.com
　　　　*Attorney for Plaintiff*

　　　　Defendant Cardinal Health 110, LLC ("Defendant") hereby gives notice that this matter has been removed to the United States District Court for the Middle District of North Carolina ("M.D.N.C.") pursuant to 28 U.S.C. §§ 1332 and 1441. Defendant's Amended Notice of Removal of this action to that Court is based upon diversity jurisdiction.

　　　　A copy of the M.D.N.C. Amended Notice of Removal is hereby filed with the Guilford County Clerk of Court in accordance with the provisions of 28 U.S.C. 1446(d) and is attached hereto as "**Exhibit 1**." A copy of the M.D.N.C. Notice of Removal has also been served upon Plaintiff, by and through his counsel, in this matter by first-class mail and via email.

　　　　Respectfully submitted, this the 15th day of July, 2025.

1

**JACKSON LEWIS P.C**.

BY:   /s/ *Ann H. Smith*
      ANN H. SMITH
      N.C. State Bar No. 23090
      DENAA J. GRIFFIN
      N.C. State Bar No. 46067
      3737 Glenwood Avenue, Suite 450
      Raleigh, NC 27612
      Telephone: (919) 760-6460
      Facsimile: (919) 760-6461
      Email: Ann.smith@jacksonlewis.com
      Email: Denaa.Griffin@jacksonlewis.com
      *Attorneys for Defendant*

| STATE OF NORTH CAROLINA | | IN THE GENERAL COURT OF JUSTICE |
|---|---|---|
| | | SUPERIOR COURT DIVISION |
| COUNTY OF GUILFORD | | File No.: 25CV008607-400 |

| GEORGE LEVETTE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| CARDINAL HEALTH 110, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned certifies that on July 15, 2025, the foregoing *Amended Notice of Filing Removal to Federal Court* was served on all parties via first-class mail and a courtesy sent via email, addressed as follows:

Joseph D. Budd
Jordan Tenley
Osborn Gambale Beckley & Budd PLLC
1100 Wake Forest Road, Ste. 205
Raleigh, NC 27604
joe@counselcarolina.com
jordan@counselcarolina.com
*Attorney for Plaintiff*

This the 15th day of July, 2025.

                        **JACKSON LEWIS P.C.**

      BY:  /s/ *Ann H. Smith*
            ANN H. SMITH
            N.C. State Bar No. 23090
            DENAA J. GRIFFIN
            N.C. State Bar No. 46067
            3737 Glenwood Avenue, Suite 450
            Raleigh, NC 27612
            Telephone: (919) 760-6460
            Facsimile: (919) 760-6461
            Email: Ann.smith@jacksonlewis.com
            Email: Denaa.Griffin@jacksonlewis.com
          *Attorneys for Defendant*