# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

George Levette

      v.                                                    Case Number: 1:25CV00426

Cardinal Health 110, LLC

# N O T I C E

**Take notice** that a proceeding in this case has been **set**/re**set** as indicated below:

                PLACE:   John Hervey Wheeler
                              United States Courthouse
                              323 E. Chapel Hill St., Durham, NC
COURTROOM NO.:   Second Floor Courtroom
 DATE AND TIME:   September 17, 2025 at 9:30 a.m.
     PROCEEDING:   Initial Pretrial Conference

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2) that includes ==**L.R. 5.4 & 5.5 requirements.**== **If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3),and (L.R. 5.4 & 5.5) they shall appear for the scheduled initial pretrial conference.**

_____

Larry Cunningham, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date: August 5, 2025

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD